UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHERRY SHERITTA WHITE,** | ) | CASE NO.: **18-62257-PMB** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

TO: Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

DEADLINE FOR FILING OBJECTION: Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on April 15, 2019. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING:   Clerk, United States Bankruptcy Court
75 Ted Turner Drive, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

The Semrad Law Firm, LLC
Attn: Vincent Capomacchia
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346

Sherry Sheritta White
P.O. Box 361532
Decatur, GA 30036

      PLEASE TAKE FURTHER NOTICE that if an objection to the proposed Modification is timely filed, **the Court will hold a hearing on the modification on May 23, 2019 at 9:00 AM in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.** If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.

Dated: April 15, 2019                                            /s/
                                                                             Vincent Capomacchia
                                                                             Georgia Bar No. 772547
                                                                             The Semrad Law Firm, LLC
                                                                             303 Perimeter Center North, Suite 201
                                                                             Atlanta, Georgia 30346
                                                                             (678) 668-7160
                                                                             **Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHERRY SHERITTA WHITE,** | ) | CASE NO.: **18-62257-PMB** |
| | ) | |
| Debtor. | ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN AND
REQUEST FOR APPROVAL**

COMES NOW Sherry Sheritta White ("Debtor"), by and through undersigned counsel, and move this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof, the Debtor states as follows:

**1.**

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on July 25, 2018. The Chapter 13 Plan was confirmed on December 11, 2018.

**2.**

Debtor hereby modifies Paragraph 8.1 of the Chapter 13 Plan, as follows:

**8.1 Nonstandard Plan Provisions**: **The Chapter 13 Trustee shall not fund Debtor's student loans through the plan. Debtor's student loans are in deferment. If the Debtor's deferment ends during the pendency of the instant case, the Debtor will pay the student loans directly**.


Dated: April 15, 2019

/s/
Sherry Sheritta White

/s/
Vincent Capomacchia
Georgia Bar No. 772547
The Semrad Law Firm, LLC
303 Perimeter Center North, Suite 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHERRY SHERITTA WHITE,** | ) | CASE NO.: **18-62257-PMB** |
| | ) | |
| Debtor. | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Post-Confirmation Modification of Plan and Request for Approval upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Sherry Sheritta White
P.O. Box 361532
Decatur, GA 30036

*[See attached for additional parties served]*

I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via ECF.

Dated: April 15, 2019

/s/
Vincent Capomacchia
Georgia Bar No. 772547
The Semrad Law Firm, LLC
303 Perimeter Center North, Suite 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-62257-pmb<br>Northern District of Georgia<br>Atlanta<br>Mon Apr 15 14:20:35 EDT 2019 | ABLTY RECVRY<br>POB 4031<br>WYOMING, PA 18644-0031 | All-Star Properties<br>1777 Old Camp Trl Nw<br>Conyers, GA 30012-3649 |
| BK OF AMER<br>PO BOX 45144<br>JACKSONVILLE, FL 32232-5144 | BRIDGECREST<br>PO Box 53087<br>Phoenix, AZ 85072-3087 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Peter John Batalon<br>The Semrad Law Firm, LLC<br>303 Perimeter Center North Suite 201<br>Atlanta, GA 30346-3425 | Bridgecrest credit company  LLC<br>PO Box 29018<br>Phoenix AZ 85038-9018 | Bridgecrest credit company  LLC<br>PO Box 29018 phoenix AZ  85038 |
| CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | CELTIC BANK/CONTFINCO<br>4450 NEW LINDEN HILL RD<br>WILMINGTON, DE 19808 | COMENITYBANK/VICTORIA<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081-2873 |
| CREDIT COLL<br>16 Distributor Drive, Suite 1<br>Morgantown, WV 26501-7209 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | Vince Capomacchia<br>The Semrad Law Firm, LLC<br>303 Perimeter Center N., Ste. 201<br>Atlanta, GA 30346-3425 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Department of Justice, Tax Division<br>75 Spring Street SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | FED LOAN SERV<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MCYDSNB<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236-1509 | Richard B. Maner<br>Richard B. Maner, P.C.<br>Suite 200<br>180 Interstate N Parkway<br>Atlanta, GA 30339-2106 |
| Office of the Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334-9057 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for Comenity Ban<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/CARE CREDIT<br>C/O P.O. BOX 965036<br>ORLANDO, FL 32896-0001 |
| SYNCB/WALMART<br>Po Box 530927<br>Atlanta, GA 30353-0927 | Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Atlanta, GA 30308 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD BANK USA/TARGETCRED<br>PO Box 660170<br>Dallas, TX 75266-0170 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| United States Attorney's Office<br>75 Spring Street, S.W., Suite 600, U.S.<br>Atlanta, GA 30303-3309 | Sherry Sheritta White<br>P.O. Box 361532<br>Decatur, GA 30036-1532 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Boulevard<br>c/o T Truong<br>Atlanta, GA 30345 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Bridgecrest Credit Company, LLC | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                  41 |